IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JACQUELINE M. FOSTER                                    PLAINTIFF

v.                          Case No. 6:18-cv-6132

ANDREW M. SAUL,
Commissioner, Social Security Administration                  DEFENDANT

## **JUDGMENT**

Now on this 19th day of December 2019, comes on for consideration the Report and Recommendation dated December 2, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" (i.e., thirty (30) days after the sixty (60) day time for appeal has ended). *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S. Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED.**

                                                                                  /s/ Susan O. Hickey
                                                                                  Susan O. Hickey
                                                                                  Chief United States District Judge